FILED

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0046

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0046

MIKE BORSETH and GERI L. BORSETH,

    Appellants,

v.

ABSAROKEE WATER & SEWER

DISTRICT,

    Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellants Mike and Geri Borseth's motion for a 30-day extension of time, and good cause appearing, Appellants Borseths are granted an extension of time to and including April 29, 2022, within which to prepare, serve, and file their response.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 28 2022